1 | Bonnie A. Freeman, Esq. (SB 180502)
SENNEFF FREEMAN & BLUESTONE, LLP
2 | 50 Old Courthouse Square, Suite 401
P.O. Box 3729
3 | Santa Rosa, CA 95402-3729
Telephone: 707-526-4250
4 | Facsimile: 707-526-0347

5 | Attorneys for Defendants County of Sonoma (also erroneously sued as Sonoma County Main Adult Detention Facility, Sonoma County Sheriff's Department)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE MARIE SAMPSON and TONY AVILA SAMPSON,<br><br>                Plaintiffs,<br><br>vs.<br><br>PETALUMA POLICE DEPARTMENT, TAMARA SHOEMAKER, Badge No.1956, INDIVIDUALLY AND AS A POLICE OFFICER, PAUL GILMAN, Badge No. 2042, INDIVIDUALLY AND AS A POLICE OFFICER, BERT WALKER, Badge No. 2017, INDIVIDUALLY AND AS A POLICE OFFICER, STEVE NELSON, Badge No. 2285, INDIVIDUALLY AND AS A POLICE OFFICER, DETECTIVE, DJ PHIMISTER, Badge No. 0607, INDIVIDUALLY AND AS A POLICE SERGEANT, LANCE NOVELLO, Badge No. 2363, INDIVIDUALLY AND AS A POLICE OFFICER, WALSH, Badge No. 2405, INDIVIDUALLY AND AS A POLICE OFFICER, MATTHEW THOMAS, INDIVIDUALLY AND AS A POLICE OFFICER, KAHL, INDIVIDUALLY AND AS A POLICE SERGEANT, AMERICAN TOW SERVICE, ALAN WAYNE PETTIT, SAFEWAY INC., SAFEWAY STORE #0796, CITY OF PETALUMA, COUNTY OF SONOMA, SONOMA COUNTY MAIN ADULT DETENTION FACILITY, SONOMA COUNTY'S SHERIFF'S DEPARTMENT, CALIFORNIA FORENSIC MEDICAL GROUP, INC., PETALUMA CITY MANAGER AND DOE ONE thru TWENTY, inclusive,<br><br>                Defendants.<br>_____/ | Case No. C07-01764<br><br>**DEFENDANT COUNTY OF SONOMA'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date: May 9, 2007<br>Time: 9:30 a.m.<br>Ctrm: D, 15th Floor |

TO PLAINTIFFS TONY AND ROSE SAMPSON (pro per):

**PLEASE TAKE NOTICE** that on **May 9, 2007**, or as soon thereafter as the court may deem appropriate, at 9:30 a.m. in the above-entitled court, Courtroom D, 15th Floor, San Francisco, California, Defendant County of Sonoma (also erroneously sued herein as Sonoma County Sheriff's Department and Sonoma County Main Adult Detention Facility) will and does hereby move under Federal Rules of Civil Procedure, Rule 12(b)(6) for dismissal of the Complaint as follows:

1. To dismiss plaintiffs' Complaint for failure to state a cause of action against defendant County of Sonoma.

This motion is based upon this notice of motion and motion to dismiss, the accompanying memorandum of points and authorities, and all pleadings and papers on file herein.

DATED: April 4, 2007        SENNEFF FREEMAN & BLUESTONE, LLP


By  /s/ Bonnie A. Freeman
    Bonnie A. Freeman, Attorney for Defendants