Tony Avila Sampson
Post Office Box 2720
Petaluma, California 94953
(707) 775-4465



FILED
MAY 15 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

May 11, 2007

**James Larson**
United States Chief Magistrate Judge
United States District Court
450 Golden Gate Avenue
San Francisco, California 94102

**RE:** *Rose Marie Sampson, et. al, v. Petaluma Police Department, et. al.*
U.S. District Court Case No. C 07-1764 JL

Dear Judge Larson:

On May 9, 2007 my mother, Rose Sampson and I appeared before you on a motion to dismiss by county defendants who are represented by the law office of SENNEFF, FREEMAN & BLUESTONE. Bonnie Freeman appeared as counsel for said defendants.

This court has allowed me five days to submit case law supporting my oral argument that I presented at the hearing. The county defendants are allowed two days, if some response is desired by them.

The following case law is believed to support the points raised by me during oral argument:

1) Unlawful interference with the personal liberty of another gives rise to a civil action for the recovery of damages. *Gorgue v. MacDonald*, 35 Cal 2d 482, 218 P2d 542, 21 A.L.R. 2d 639 (1950).

2) The cause of action for false imprisonment <u>accrues</u> when the plaintiff is <u>released</u> from confinement. *Collins v. Los Angeles County*, 241 Cal. App. 2d 451, 50 Cal. Rptr. 586 (2d Dis. 1966); *Milliken v. City of South Pasadena*, 96 Cal. App. 3d 834, 158 Cal. Rptr. 409 (2d Dist. 1979)

3) All who take part or assist in the commision of a false imprisonment are joint tortfeasors and may be joined as defendants without allegation or proof of conspiracy. *McAlmond v. Trippel*, 93 Cal. App. 584, 587 [269 P. 937]; *Peters v. Bigelow*, 137 Cal. App. 135, 139 [30 P.2d 450]. See, also, cases cited in *Oppenheimer v. City of Los Angeles*, 104 Cal App. 2d 551, 545 [232 P.2d 26].

Respectfully submitted,

**TONY A. SAMPSON**

Tony Avila Sampson
Plaintiff in Propria Persona

Cc: Bonnie Freeman (Counsel for County Defendants)