Clifford F. Campbell, Esq. (SBN: 60734)
ccampbell@meyersnave.com
Tricia L. Hynes, Esq. (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF PETALUMA (incorrectly identified as PETALUMA POLICE DEPARTMENT), TAMARA SHOEMAKER, PAUL GILMAN, BERT WALKER, STEVE NELSON, DJ PHIMISTER, LANCE NOVELLO, Petaluma Police Officer WALSH, MATTHEW THOMAS,  Petaluma Police Sergeant KAHL and PETALUMA CITY MANAGER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE MARIE SAMPSON and TONY AVILA SAMPSON,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>PETALUMA POLICE DEPARTMENT, TAMARA SHOEMAKER, Badge No.# 1956, individually and as a police officer, PAUL GILMAN, Badge No.# 2042, individually and as a police officer, BERT WALKER, Badge No.# 2017, individually and as a police officer, STEVE NELSON, Badge No.# 2285, individually and as a police detective, DJ PHIMISTER, Badge No.# 0607, individually and as a police sergeant, LANCE NOVELLO, Badge No.# 2363, individually and as a police officer, WALSH, Badge No.# 2405, individually and as a police officer, MATTHEW THOMAS, individually and as a police officer, KAHL, individually and as a police sergeant, AMERICAN TOW SERVICE, ALAN WAYNE PETTIT, SAFEWAY, INC., SAFEWAY STORE #0796, CITY OF PETALUMA, COUNTY OF SONOMA, SONOMA COUNTY MAIN ADULT DETENTION FACILITY, SONOMA COUNTY SHERIFF'S DEPARTMENT, CALIFORNIA FORENSIC MEDICAL GROUP, INC., PETALUMA CITY MANAGER, DOE ONE thru TWENTY, inclusive.<br><br>　　　　　　　　　Defendants. | Case No: C07-01764 JL<br><br>**APPLICATION OF CITY OF PETALUMA DEFENDANTS TO SUPPLEMENT THE DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS; ORDER GRANTING SAME**<br><br>**(Local Rule 7-3(d))**<br><br><br><br>First Amended Complaint Filed:  February 1, 2007<br>Trial Date:  None set |

Application to Supplement Defs' Reply Brief ISO MSJ; Order Granting Same  [07-1764]

I, Clifford Campbell, declare as follows:

1. I am an attorney at law, duly admitted to the bar of this Court. I represent the City of Petaluma defendants in the pending action. I submit this Declaration under Local Rule 7-3(d), which requires permission from this Court to submit additional memoranda concerning a pending Motion, once a Reply Brief has been filed. The additional memorandum I seek to submit is an Amended Reply Brief in Support of the City Defendants' Motion for Judgment on the Pleadings. I have personal knowledge of all matters stated within this Declaration.

2. This Court has scheduled March 12, 2008 at 9:30 a.m. as the date it will hear the Motion of the City of Petaluma Defendants for Judgment on the Pleadings.

3. The City Defendants filed their original Reply Brief in support of that Motion on February 20, 2008, which is seven days before it actually was due. The Amended Reply Brief which I seek to file with this Court also will be filed and served before the due date for the City Defendants' original Reply.

4. The reason I seek to amend the City Defendants' Reply Brief is to prevent the plaintiffs from deriving an unfair advantage from a tactic they employed in opposing the City Defendants' present motion. On February 12 the plaintiffs filed and served a document entitled, "Application for Order Extending Time and Order." In that Application plaintiff Tony Sampson requested that the hearing of my clients' Motion be rescheduled to April 16, 2008; and that he be given until April 1, 2008 to file his Opposition Brief. He explained that he sought this continuance "because this case is not presently scheduled for trial and application is made for the appointment of pro bono counsel." Further, according to Mr. Sampson:

> ". . . both plaintiffs in this action have medical disabilities and request the court allow up to, and including, April 1, 2008 for filing briefs in opposition to defendants' motion."

Since the plaintiffs thus were claiming that they were seeking "pro bono counsel"; since they were asserting that they were medically incapable of preparing a timely opposition; and further, since they were requesting an enlargement of time in which to file their opposition briefs, the clear implication of this Application was that the plaintiffs did not intend to file an opposition brief by February 20, which

1

was their last day to do so. This was the inference I drew.

5. On February 20 I submitted my clients' Reply to this Court. In that document we objected to the requested continuance. I presented evidentiary objections, as well, to a declaration which the plaintiffs also had sent us on February 12: the "Declaration of Jessica DeFaria in Support of Plaintiffs Opposition to Motion by Petaluma City Defendants for Judgment on the Pleadings on Claim 8 of the First Amended Complaint." My clients' objections to the continuance, and to the proffered Declaration, were the sole subjects of the brief which I originally designated as my clients' Reply Brief in Support of their Motion for Judgment on the Pleadings.

6. Later in the day on February 20, after my clients' original Reply already had been filed with this Court, I received a twenty-page Opposition Brief from the plaintiffs. According to the Proof-of-Service attached to that document, the plaintiffs mailed that Opposition to my office on February 15. This was three days after the plaintiffs had requested a continuance of the pending hearing, ostensibly because they were unable to complete their Opposition Brief on time.

7. Since my clients have not otherwise had the opportunity to respond to any of the points the plaintiffs have made in their Opposition Brief, I request permission to submit an Amended Reply Brief, in which we do respond to those points. If the Court should approve this Application, my clients' Amended Reply Brief would be filed and served before February 27, 2008, which is the deadline established by the Local Rules for our original Reply Brief. (Civil L.R. 7-3(c).)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 21st day of February, 2008, in Oakland, California.

          /s/
     Clifford Campbell

**Order Permitting Supplemental Memorandum**

**(Northern District Civil Local Rule 7-3(c))**

GOOD CAUSE HAVING BEEN SHOWN,

    IT IS HEREBY ORDERED that the City of Petaluma Defendants' application to submit a supplemental memorandum of authorities, as requested herein, shall be, and is hereby granted.

Dated:_____

By_____
        Magistrate Judge
        United States District Court

1060580_1